B 3A (Official Form 3A) (12/07) - Cont.

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

In re **Special Sierra Dixon**,
    Debtor

Case No. **13-44865**

Chapter **13**

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☒ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ **70.25**   Check one ☐ With the filing of the petition, or
                        ☒ On or before **12-19-2013**

$ **70.25**   on or before **1-21-2014**

$ **70.25**   on or before **2-18-2014**

$ **70.25**   on or before **3-19-2014**

☐ IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: **26 NOV 2013**

_____
United States Bankruptcy Judge